1   Nancy E. Wolff, Esq., No. 133334
2   nwolff@cdas.com
    COWAN, DEBAETS, ABRAHAMS,
3     & SHEPPARD LLP
4   9454 Wilshire Boulevard, Suite 901
    Beverly Hills, CA 90212
5   Telephone: (310) 340-6334
    Telefax: (310) 492-4394
6   NWolff@cdas.com

7

8   *Attorneys for Petitioner*
    *Tokyo Broadcasting System Television, Inc.*

9

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12               **SAN FRANCISCO DIVISION**

13                                         Case No.: CV-21 80098-MISC

14  IN RE: DMCA § 512(h) SUBPOENA         **TOKYO BROADCASTING**
15  TO TRABIA NETWORK                     **SYSTEM TELEVISION, INC.'S**
                                          **REQUEST TO THE CLERK FOR**
16                                        **THE ISSUANCE OF A SUBPOENA**
                                          **TO TRABIA NETWORK**
17                                        **PURSUANT TO 17 U.S.C. § 512(h)**
                                          **TO IDENTIFY ALLEGED**
18                                        **INFRINGER**
19

20

21

22      Tokyo Broadcasting System Television, Inc. ("TBS"), by and through its
23  undersigned counsel of record, hereby requests that the Clerk of this Court issue a
24  subpoena to Trabia Network to identify an alleged infringer or infringers, pursuant to
25  the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the
26  "Subpoena").  A copy of the proposed Subpoena is attached as Exhibit 2 to the
27  Declaration of Nancy E. Wolff ("Wolff Decl.").
28

The requested Subpoena relates to infringing materials that TBS discovered on the website <jshow.tv>, which TBS is informed and believes is hosted by Trabia Network. The infringing materials include unauthorized copies of full episodes of television programs, which are owned solely and exclusively by TBS.

TBS has satisfied the requirements for issuance of a subpoena pursuant to 17 U.S.C. § 512(h), namely:

1.    TBS has submitted a copy of the notification required by 17 U.S.C. § 512(c)(3)(A). *See* Wolff Decl. ¶ 3, Ex. 1.

2.    TBS has submitted the proposed Subpoena concurrently herewith. *See* Wolff Decl. ¶ 5, Ex. 2.

3.    TBS has submitted a sworn declaration confirming the purpose for which the Subpoena is sought is to obtain the identity of the alleged infringer or infringers, and that such information will only be used for the purpose of protecting rights under Title 17 of the United States Code. *See* Wolff Decl. ¶ 4.

Because TBS has complied with the statutory requirements, TBS respectfully requests that the Clerk expeditiously issue and sign the proposed Subpoena pursuant to 17 U.S.C. § 512(h)(4) and return it to the undersigned counsel for service on Trabia Network.

DATED: April 22, 2021

COWAN, DEBAETS, ABRAHAMS
& SHEPPARD LLP

By: _____
    NANCY E. WOLFF

*Attorneys for Petitioner*
*Tokyo Broadcasting*
*System Television, Inc.*

2

RECEIVED

2021 APR 22 P 4: 22

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.